# Order

Michigan Supreme Court
Lansing, Michigan

November 23, 2016

151555

SARON E. MARQUARDT, Personal
Representative for the Estate of
SANDRA MARQUARDT,
         Plaintiff-Appellant,

v

VELLAIAH DURAI UMASHANKAR, MD,
         Defendant-Appellee,

and

JONATHAN HAFT,
         Defendant.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 151555
COA: 319615
Washtenaw CC: 12-000621-NH

On order of the Court, the application for leave to appeal the March 26, 2015 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Haksluoto v Mt. Clemens Regional Medical Center* (Docket No. 153723) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016

a1116

Clerk